UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DAVID J. MANNING, JR. | CIVIL ACTION NO. 19-0909 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| JERRY GOODWIN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner David J. Manning Jr.'s Petition for Writ of Habeas Corpus, [doc. # 1], is **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 13th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE